AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America v.<br><br>David Alejandro SALINAS Jr.<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 19, 2019  in the county of  Webb  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 (Transporting) | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A".

✔ Continued on the attached sheet.

/S/ Jacob Nissen
*Complainant's signature*

Jacob Nissen, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/23/2019

*Judge's signature*

City and state:  Laredo, Texas         Sam Sheldon, U.S. Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |